UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT COURT OF CALIFORNIA

GILBERTO BECERRA, on behalf of himself and others similarly situated,

Plaintiff,

vs.

TEKNOR APEX COMPANY, et al

Defendants.

Case No.: 2:26-cv-03022-SB-KS

**ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL**

Pursuant to the parties' stipulation:

1. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(a);

2. The dismissal of the action will not be a waiver of the *American Pipe & Construction Co. v. Utah* tolling doctrine, which provides "that the commencement of a class action suspends the applicable statute of limitations as to all asserted members of the class who would have been parties had the suit been permitted to continue as a class action." (1974) 414 U.S. 538;

3. Plaintiff and Defendant agree that, in the event Plaintiff refiles his lawsuit, he shall file it in federal court and does not waive his right to seek remand;

4. The Parties agree to enter into a tolling agreement in accordance with the joint stipulation; and

5. The act of entering into this stipulation shall not be construed as an admission of wrongdoing, and no party shall be deemed a prevailing party for any purpose related to this dismissal.

Dated: June 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge